IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COOPERS CREEK CHEMICAL CORP.,** *Plaintiff*, v. **MARSH & MCLENNAN AGENCY, LLC,** *Defendant*. | Case No. 2:22-cv-01275-JDW |

## ORDER

**AND NOW**, this 15th day of July, 2022, upon consideration of Defendant's letter requesting an extension of the case management deadlines, it is **ORDERED** as follows:

1. Affirmative expert reports, if any, are due by October 5, 2022;

2. Rebuttal expert reports, if any, are due by November 2, 2022;

3. A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a brief summary of each such opinion at the same time the expert reports are exchanged;

4. The Parties shall complete all discovery by November 30, 2022; and

5. Motions for summary judgment, if any, shall be filed by December 14, 2022.

**The Court will not grant any further extensions of these deadlines**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.