IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COOPERS CREEK CHEMICAL CORP.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MARSH & MCLENNAN AGENCY, LLC,**<br><br>*Defendant.* | Case No. 2:22-cv-01275-JDW |

### ORDER

**AND NOW**, this 20th day of September, 2022, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear its own costs and attorneys' fees.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.